# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HELEN HUNTER, WILLIAM HUNTER,  Plaintiffs, | : |
| | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 08-CV-879 |
| STERLING BANK, W.G. OSBORNE CONSTRUCTION, LLC, WILLIAM G. OSBORNE, THE TITLE COMPANY OF NEW JERSEY, INTERSTATE CONSTRUCTION FUNDING, INC.,  Defendants. | : |

## ORDER

**AND NOW**, this __19th__ day of October 2010, it is **ORDERED** that on Defendant Sterling Bank's Motion for Summary Judgment (Doc. No. 97):

- Defendant Sterling Bank's Motion for Summary Judgment against Plaintiffs' Complaint is **GRANTED**.

- Defendant Sterling Bank's Motion for Summary Judgment in favor of its Counterclaim is **DENIED**.

s/Anita B. Brody
_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:         Copies **MAILED** on _____ to: